IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| TERESA D. HOOKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 2:11-cv-00113 |
| v. ) | |
| ) | Judge Nixon |
| MICHAEL J. ASTRUE, ) | Magistrate Judge Brown |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is Plaintiff Teresa D. Hooks's Motion for Judgment on the Record ("Motion") (Doc. No. 14), filed with a supporting Memorandum (Doc. No. 15). Defendant Commissioner of Social Security filed a Response in Opposition to the Motion (Doc. No. 19), to which Plaintiff filed a Reply (Doc. No. 20). Subsequently, Magistrate Judge Brown issued a Report and Recommendation ("Report") (Doc. No. 21), recommending that Plaintiff's Motion be granted to the extent that the case should be remanded to the Commissioner in order to give proper weight to the opinion testimony of Plaintiff's treating physician (*id.* at 8-11). The Report was filed on September 6, 2012, and neither party has raised any objections to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court **GRANTS** Plaintiff's Motion in part and **REMANDS** this action for further proceedings consistent with the recommendations in the Report. This Order terminates this Court's jurisdiction over this action, and the case is **DISMISSED**. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this _26th_ day of November, 2012.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT